No. 725          October 9, 2024          455

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of the Compensation of Diane Cort-Wagner,
Claimant.

Diane CORT-WAGNER,
*Petitioner,*

*v.*

SAIF CORPORATION,
*Respondent.*

Workers' Compensation Board
2200401;
A181788

Submitted September 13, 2024.

Aron Perez-Selsky filed the brief for petitioner.

Michelle L. Shaffer filed the brief for respondent.

Before Tookey, Presiding Judge, Kamins, Judge, and Kistler, Senior Judge.

PER CURIAM

Affirmed.

## PER CURIAM

Claimant seeks judicial review of an order of the Workers' Compensation Board holding that claimant has failed to establish that her fractured ribs and clavicle were caused by an alleged injury at work. We have reviewed the board's order for substantial evidence and substantial reason. ORS 183.482(8)(c). Our review leads us to conclude that the board's determination that claimant has not met her burden to prove that her alleged injury at work was a material contributing cause of her disability or need for treatment of the fractured ribs and clavicle is supported by substantial evidence and substantial reason. We therefore affirm the board's order.

Affirmed.